

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-17-00035-CV

IN RE BRAD STEVEN DECKER

Original Habeas Proceeding

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

On February 7, 2017, the trial court heard evidence and argument of counsel relative to the petition of Tamara Michelle Decker (real party in interest) for enforcement by contempt of court of temporary orders and of the trial court's property division in the parties' decree of divorce. On February 8, 2017, the trial court entered an order holding Brad Steven Decker in both criminal and civil contempt of court. Decker has filed a petition for a writ of habeas corpus, together with an emergency motion to set bond pursuant to Section 22.221(d) of the Texas Government Code and Rule 52.8(b) of the Texas Rules of Appellate Procedure, pending this Court's resolution of his petition. *See* Tex. Gov't Code Ann. § 22.221(d) (West 2014); Tex. R. App. P. 52.8(b).

It appears to this Court that the motion to set bond should be granted. After considering all relevant factors, we order Decker's release from confinement in the Red River County Jail on his payment of a cash bond in the amount of $5,000.00. The bond amount shall be paid over to the Red River County District Clerk and is strictly conditioned on Decker's appearance in the trial court as noticed.

IT IS SO ORDERED.

BY THE COURT

Date:   March 7, 2017